# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

### CIVIL NO. 1:06CV371

| | |
|---|---|
| **NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| Vs. | ) **ORDER OF DISMISSAL** |
| **BIO-MARK INTERNATIONAL, INC.;**<br>**THE BURGESS GROUP, INC., d/b/a**<br>**SIMPLY WEIGHT LOSS; and**<br>**SENTRY MANUFACTURING, f/k/a**<br>**SENTRY SUPPLEMENT COMPANY,** | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on the Plaintiff's response to the Court's Order of April 26, 2007, and requests that the Court's dismissal of this action be without prejudice.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE** in its entirety.

Signed: May 14, 2007

Lacy H. Thornburg
United States District Judge